**DISMISS; and Opinion Filed August 17, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01547-CV

### DELINDA BREWSTER, Appellant
### V.
### NATIONSTAR MORTGAGE, LLC AND AMERICAN HOMES 4 RENT, Appellees

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-03783-E**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Stoddart
Opinion by Justice Lang-Miers

Before the Court is the August 3, 2016 Motion to Dismiss for Want of Prosecution filed by appellee American Homes 4 Rent. On June 15, 2016, the Court extended appellant's deadline to file her brief to July 24, 2016 and notified appellant that the appeal would be dismissed without further notice if she failed to file her brief by July 24, 2016. Appellant has not filed her brief and has not filed a motion to extend her deadline to file her brief. Appellant has also failed to respond to appellee's August 3, 2016 motion or otherwise communicate with the Court since the motion was filed. Because appellant has failed to prosecute this appeal, we **GRANT** appellee's motion to dismiss and **DISMISS** the appeal. TEX. R. APP. P. 42.3(b).

/s/ Elizabeth Lang-Miers
ELIZABETH LANG-MIERS
JUSTICE

151547F.P05